UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

SOL MAYSONET,
                Defendant.
--------------------------------------------------------------x

**ORDER**

23 CR 531 (VB)

       Upon the joint application of the defendant and the government, made today at a pretrial conference in this case, defendant's bail is revoked and he is ordered remanded into the custody of the U.S. Marshal.

Dated: April 3, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge